Ronald L. Richman (SBN 139189)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com

Attorneys for Defendant
TANGOCODE, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED VOLUME BUYERS, INC., a Cooperative Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TANGOCODE, INC., and DOES 1-25,<br><br>Defendants. | Case No.: 2:20-CV-00774-JAM-AC<br><br>**STIPULATION TO TRANSFER VENUE; ORDER THEREON;**<br><br>**DATE:** June 16, 2020<br>**TIME:** 1:30 p.m.<br>**CTRM:** 6, 14th Floor<br>501 I Street<br>Sacramento, CA<br><br>**Hon. John A. Mendez** |

# STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Associated Volume Buyers, Inc., on the one hand, and defendant TangoCode, Inc., on the other hand, through their respective counsel, that this Court grant defendant TangoCode, Inc.'s motion to transfer venue to the United States District Court, Northern District of Illinois.

DATED: June 2, 2020

BULLIVANT HOUSER BAILEY PC


By */s/ Ronald L. Richman*
    Ronald L. Richman

Attorneys for Defendant
TANGOCODE, INC.


DATED: June 2, 2020

CARSON & KYUNG, A LAW CORPORATION


By */s/ Trevor Carson*
    Trevor Carson

Attorneys for Plaintiff
ASSOCIATED VOLUME BUYERS, INC.

# **ORDER**

PURSUANT TO STIPULATION BY THE PARTIES:

IT IS HEREBY ORDERED that defendant's motion to transfer venue be, and hereby is granted, that this case be transferred to the United States District Court, Northern District of Illinois.

IT IS FURTHER ORDERED that the Clerk of Court enter this Order and that along with this file, a copy of this Order shall be forwarded to the Clerk of Court for the United States District Court, Northern District of Illinois.

IT IS SO ORDERED.

DATED: June 2, 2020

          /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

\*\*\*\*\*